4-15-19 (4:40 P.M)

Hey,

I'm Marterrius M. Hite #15121601, im currently housed at 201 poplar. I recently wrote to your office complaining about my counselor Ms. Lauren Pasley. I also want to file a complaint against Judge Lee Coffee in Criminal Court room 7. Recently i received a letter from Consumer Assistance Program telling me i may file a Complaint with the Board of Judicial Conduct. Im not gone be rebuttable an say i fully understand to file a Complaint properly. So im asking for some type of advice cause the Consumer Assistance Program say the form must be typed or legibly hand-printed, dated and signed before a notary public. Thats the part im not understanding, cause im incarcerated an i dont have a Complaint form. Im tryna find out why im not appearing in Court on my appointed Court appearance. I appeared in Court April 2, 2019, on four Pre-Trial motions that my attorney Ms. Lauren Pasley an the Clerk Heidi Kuhn filed (4-2-19). I was reset by Judge Lee Coffee for me to reappear in Court May 6, 2019, thats also my set trial appearance. Recently my Counsel came to visit me here at the County Jail on (4-9-19), to advise me that i would be reappearing in Court (4-11-19). On that morning Judge Lee Coffee wasnt at Court, so i was reset to appear in Court on today 4/15/19.

Court room VII, wasn't open again thats why im complaining to your office again. I just had a pod officer here at the County Jail check the computer to notify me of my next court appearance. Im set to reappear in front of the Judge (4-22-19), Thats a week from today. I been in Judge Lee Coffee Court room nearly four years an i never had so many court appearance in the same month. I mean my trial date is set for 5-6-19 thats less than a month from today. My life on the line an im not comfortable with my attorney. Im also uncomfortable being in Criminal Court VII, my life is one of the most important things to me an im sure you understand where im coming from. Please write me back as soon as possible my trial is 21days from today An i feel that this letter would be in my best intrest for a valuable paper trail.